

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COREY SMITH                                    CIVIL ACTION

VERSUS                                          NO. 07-1504

N. CURL CAIN, WARDEN                   SECTION "F" (1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the federal petition of Corey Smith for habeas corpus relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 22nd Day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____